| | | | |
|---|---|---|---|
| AUSA: | Ann Nee | Telephone: | (313) 226-9100 |
| Special Agent: | David Alley | Telephone: | (313) 226-0500 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Joseph Robert Carpenter | Case No. | Case: 2:24−mj−30323<br>Assigned To : Unassigned<br>Assign. Date : 8/2/2024<br>Description: COMP USA V.<br>CARPENTER (KB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2024 to June 22, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(2)(a) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

David M. Alley, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 2, 2024__

_____
*Judge's signature*

City and state: __Detroit, Michigan__        Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR AN ARREST WARRANT

I, Dave Alley, being first duly sworn, state as follows:

## Introduction and Agent Background

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University.

2. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification.

3. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

4. I make this affidavit in support of a criminal complaint and arrest warrant for Joseph Robert Carpenter (DOB XX/XX/1999) for violations of violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography)

5. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose

of establishing probable cause to obtain an arrest warrant for Joseph Robert Carpenter.

## Probable Cause

6. On June 21, 2024, an HSI Detroit Undercover Agent (UCA) was in numerous chat rooms on Kik, some of which were dedicated to child pornography or the apparent sexual abuse of children. At approximately 10:43 a.m., Kik user bigdogg22445 (display name: Big Dog) contacted the UCA via private message. Because the UCA was in numerous chat rooms on Kik, it is unknown which specific room the UCA and Kik user bigdogg22445 shared in common before user bigdogg22445 reached out to the UCA.

7. The Kik user bigdogg22445 messaged, "I gotta 11 yr old daughter and 19" and sent images of an unknown post-pubescent female in a bathing suit and a minor female child in a bathing suit. After the UCA asked if bigdogg22445 touched his children, bigdogg22445 responded, "No but I been wanting to wbu." In my training and experience, "wbu" in this context stands for "what about you." The UCA replied that the UCA had engaged in sexual activity

3

with the UCA's minor child. The subsequent conversation included the following messages and images sent by bigdogg2245:

> bigdogg22445: What she look like
>
> …
>
> bigdogg22445: What's her ass like
>
> …
>
> bigdogg22445: (sends an image of a prepubescent female in a bathing suit)
>
> bigdogg22445: I wanna rail my little girl
>
> …
>
> bigdogg22445: I wanna fuck her brains out
>
> …
>
> bigdogg22445: How is yours at sucking
>
> …
>
> bigdogg22445: What else she good at
>
> bigdogg22445: Do you think you could fuck her if you tried
>
> bigdogg22445: Do you trade

Based on my training and experience, bigdogg22445's question, "Do you trade" is a common means by which individuals interested in

4

child pornography will solicit other users to exchange child pornography. The subsequent conversation included the following messages and images sent by bigdogg2245:

>…
>
>bigdogg22445: (sends a 9 second video that appears to depict an underage female licking an adult male penis as it ejaculates)
>
>…
>
>bigdogg22445: I'm looking for like 7-13
>
>…
>
>bigdogg22445: (sends a one minute, four second video that depicts a minor female child performing oral sex on a prepubescent male and what appears to be an adult male penis)
>
>…
>
>bigdogg22445: Is it just you and your daughter or do you ever have buddies come over to tag team her
>
>…

> bigdogg22445: I would totally trade daughters if I could get mine 2 I'd let you fuck mine
>
> bigdogg22445: Can I see a video
>
> …
>
> bigdogg22445: I might have to rent her
>
> bigdogg22445: I wanna see how good she is first

8. During the conversation, the user of the bigdogg2245 account said he was in Monroe, Mich.

9. On or about June 26, 2024, I served an administrative summons on Kik user bigdogg22445. Kik responded with subscriber information for the account, including two IP addresses associated with this Kik account. The user accessed the account numerous times via the two IP addresses. On or about July 1, 2024, I served another HSI summons on Comcast Cable LLC for the two IP addresses. Comcast responded with a Lincoln Park residence as the service address for the first IP address and a Detroit address as the service address for the second IP address. The Lincoln Park address was Joseph Carpenter's registered address for his Michigan driver's license. The Detroit address

was very near to where Carpenter reported having started a job in fall 2023.

10. On July 2, 2024, this Court authorized a search warrant for Kik account bigdogg22445, to include the content of messages associated with the account. Kik responded to this warrant on July 5, 2024. Returns revealed that:

    i. On June 13, 2024, bigdogg22445 sent a video depicting a prepubescent child licking an adult male penis and putting it in her mouth.

    ii. On June 22, 2024, bigdogg22445 sent a MEGA link mega.nz/file/56s***********[1] to the same user, which led to a video depicting a prepubescent girl engaged in sexual intercourse with an adult man. Kik user bigdogg22445 sent this same link to a "groupchat" on this same date.

    iii. On June 22, 2024, Kik sent a MEGA link mega.nz/file/Ni9E************* to a second Kik user, which was a 49-second video with a close-up view of an adult male penis penetrating a prepubescent girl's anus.

---

[1] This MEGA link is known to me but is redacted here as it was found to contain child pornography.

11. On June 22, 2024, bigdogg22445 told a third Kik user he was located in Lincoln Park.

12. Using this and other information I gathered during this investigation, I applied for and obtained a search warrant for Carpenter's Lincoln Park residence. On August 1, 2024, I, along with other members of law enforcement, participated in the execution of this search warrant. Carpenter was present at the home during execution, waived his *Miranda* rights and consented to an interview.

13. Carpenter admitted living at the Lincoln Park residence and having Xfinity (Comcast) for his internet service.

14. Carpenter admitted seeing child pornography on social media. Carpenter initially said that the youngest child that agents would find on his phone was 16 years old, but later admitted to having seen children as young as one year old. When agents asked him to estimate the age of the youngest child he had saved to his phone, Carpenter responded, "probably 11". When asked if the pornography involved "kids with each other" or "kids with adults," Carpenter said that it was with an adult.

15. Carpenter further confessed to having received child pornography on numerous social media platforms, to include Kik, Discord, Twitter, and Telegram.

16. Carpenter estimated that he had distributed child pornography approximately five times. Carpenter said the youngest child appearing in the media he sent was five years old.

17. Carpenter stated that he had used Kik and that he could not remember his Kik name but that it was "bigdog something." Carpenter stated that his Kik account "got deleted" because he was "in groups I wasn't supposed to be in."

18. Carpenter admitted owning an email account [carp\*\*\*\*\*@\*\*\*\*\*.com](carp*****@*****.com). This was the same e-mail address associated with the Kik account bigdogg22445.

19. I showed Carpenter a screenshot of a portion of his chat with the UCA in which he stated "I wanna rail my little girl" and "I wanna fuck her brains out." Carpenter recognized this conversation.

20. I showed Carpenter non-pornographic images of the minor female that Kik user bigdogg22445 had sent to the UCA. Carpenter provided this child's name and stated that he had known one of her

relatives in the past. Carpenter claimed to have obtained these images from social media.

21. Carpenter admitted having a conversation on Telegram with a girl who said she was 15 that was trying to "get me to buy." In my training and experience, this means that she was trying to get Carpenter to purchase sexually explicit content from her.

22. While executing the search warrant, law enforcement seized numerous cellular phones from Carpenter's room. I conducted a preview of a Nokia G400 5G phone and observed that Kik was installed on the phone, and that the username "bigdogg22445" populated in the "Email or Kik Username" line when I opened the app.

23. The Telegram application was also installed on this phone. A user was already logged in. In the Telegram account, I observed a conversation with another person whose username is known to law enforcement, hereinafter "Name-1," who appeared to be selling videos for money. The user asked Name-1 "What kinda vids" and Name-1 replied, "sexy ones". Name-1 then sent three images of a female, one with her breasts exposed and an emoji covering one of the breasts, one with her vagina exposed with an emoji covering her vagina, and one

10

fully nude image with an emoji covering her breast and her hand partially covering her bare vagina. The user asked "any sextape" and later asked, "How old are you in the sex tape[?]" Name-1 replied, "15[,]" and the user replied "Is it with a guy or another girl[?]"

## Conclusion

19.     There is probable cause that Joseph Robert Carpenter violated 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography). I request that the Court authorize a criminal complaint and arrest warrant for Joseph Robert Carpenter.

Respectfully submitted,

_____
David M. Alley
Special Agent
Homeland Security Investigations

Sworn to before me in my presence and/or
by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date: August 2, 2024

11